# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 1, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

153696(77)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DAVID ALLEN SNYDER,
      Defendant-Appellant.

_____/

SC: 153696
COA: 325449
Gratiot CC: 14-007061-FH

      On order of the Chief Justice, the motion of the American Civil Liberties Union of Michigan for ten minutes of oral argument that is separate from the time allotted to the parties is GRANTED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 1, 2019



Clerk